## Oyer and Terminer—New York County.

*June,* 1885.

## PEOPLE *v.* PECK.

FORGERY—BOND AND MORTGAGE—FORMER CONVICTION.

A conviction on an indictment for uttering a forged bond, is a bar to a sub-
sequent conviction under an indictment charging the uttering, at the
same time of the mortgage accompanying such bond, and purporting
to secure the performance of its conditions.

TRIAL of an indictment for forgery, under 3 *Revised Statutes*
(7th ed.), page 2486, section 22, and page 2490, section 39.

The defendant, Ellen E. K. Peck, was indicted in the Court
of General Sessions of New York, on February 6, 1885, for the
forgery of a certain mortgage on real estate for three thousand
dollars, to the Mutual Life Insurance Company of New York,
and dated September 19, 1882. The indictment was subse-
quently ordered to the Court of Oyer and Terminer, and came
up for trial before BARRETT, J., June 18, 1885.

It appeared, from the records of the court, that theretofore,
viz., on May 28, 1885, said defendant was convicted in the Court
of Oyer and Terminer of the crime of forgery, under 3 *Revised
Statutes* (7th ed.), page 2489, section 33, upon an indictment found
February 9, 1885, in the Court of General Sessions, charging
her with forging the bond, to secure which the mortgage above
referred to purported to have been made, and which bond was
dated and executed at the same time, and formed a part of the
same transaction with the mortgage. Sentence was not pro-
nounced on said conviction.

To the present indictment for forging the mortgage defendant
pleaded that she had been theretofore convicted of the crime
charged therein, by the conviction of May 28, 1885.

*Randolph B. Martine*, district attorney (*Ambrose H. Purdy*, assistant), for the people, plaintiff.

*Henry A. Meyenborg*, for defendant.

BARRETT, J., after hearing counsel, sustained the plea, and ordered the indictment to be dismissed.

---

# Court of Appeals.

### *March*, 1886.

## Supreme Court—General Term—Fifth Department.

### *October*, 1885.